# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KYLER RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | CASE NO. 5:23-cv-02209-PA-DTBx<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**<br><br>CASE FILED:   October 27, 2023<br>TRIAL DATE:   October 29, 2024 |

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  October 10, 2024.

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE